

Thomas J. Barton
609-716-6594 Direct
609-799-7000 Fax
Thomas.Barton@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

(215) 988-2700 phone
(215) 988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

October 14, 2019

**VIA ECF FILING**

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    **Slade v. Johnson & Johnson Consumer Inc.
           Civil Action No. 1:19-cv-07507-RA**

Dear Judge Abrams:

      This firm represents Defendant Johnson & Johnson Consumer Inc. ("Defendant") in the above-referenced case. We write to respectfully request an extension of time up to and including November 15, 2019, for Defendant to respond to the Complaint. Plaintiff's counsel consents to this request.

      Plaintiff filed this action on August 12, 2019 (Dkt. 1). Plaintiff served Defendant on August 26, 2019. This Court granted Defendant's first request for an extension of time to respond to the Complaint on September 12, 2019 (Dkt. 8). Accoridngly, Defendant's response is currently due October 16, 2019. This is the second request for an extension of this deadline, which, if granted, will not affect any other scheduled dates, including the Initial Conference currently scheduled for December 13, 2019 (Dkt 5). Defendant makes this request because the parties hope to reach a resolution in the coming weeks. We have communicated with counsel for Plaintiff, who consents to this request.

      Thank you for Your Honor's attention to this matter. Please do not hesitate to contact me with any questions.

      Respectfully submitted,

      *s/ Thomas J. Barton*

      THOMAS J. BARTON

cc:    Counsel of Record (via ECF)

*Established* 1849

120928511.1