USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE, *individually and as the representative of a class of similarly situated persons*,

                Plaintiff,

v.

JOHNSON & JOHNSON CONSUMER INC., *doing business as* NEUTROGENA.COM,

                Defendant.

19-CV-7507 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff served Defendant on August 26, 2019, and Defendant appeared on September 11, 2019. The Court granted Defendant two extensions of time to respond to the Complaint. *See* Dkt. 8, 15. Defendant's most recent deadline to respond to the Complaint was November 15, 2019. Defendant has not filed any response. No later than December 2, 2019, Defendant shall respond to the Complaint. If Defendant does not do so, and Plaintiff intends to move for default judgment, she shall do so by January 6, 2020.

The initial conference set for December 13, 2019 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    November 21, 2019
             New York, New York

Ronnie Abrams
United States District Judge